# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>L.C. SHELTON JOHNSON-WHITLOW,<br><br>Defendant. | Case No. 3:21-cr-00012-SLG-DMS-2<br><br>**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE TO DISMISS SECOND SUPERSEDING INDICTMENT** |

The defendant, L.C. Shelton Johnson-Whitlow, pled guilty to Count 1 of the First Superseding Indictment (Doc. 69) charging Conspiracy to Distribute a Controlled Substance before Chief U.S. Magistrate Judge Deborah M. Smith on April 22, 2021. He also admitted the criminal forfeiture allegation. The plea and admission were accepted by District Judge Sharon L. Gleason on May 10, 2021.

On May 19, 2021, the defendant was indicted in the Second Superseding Indictment (Doc. 164) for the identical charge, Conspiracy to Distribute a Controlled Substance. At the arraignment May 25, 2021, the government moved to dismiss Count 1 and criminal forfeiture allegation 1 in the Second Superseding Indictment against Johnson-Whitlow only. This Court recommends that Count 1 and criminal forfeiture allegation 1 be dismissed against defendant, L.C. Shelton Johnson-Whitlow.

DATED at Anchorage, Alaska, this 27th day of May, 2021.

                                               *s/Deborah M. Smith*
                                               DEBORAH M. SMITH
                                               CHIEF U.S. MAGISTRATE JUDGE