# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

L.C. SHELTON JOHNSON-WHITLOW,

          Defendant.

Case No. 3:21-cr-00012-SLG-DMS-2

## ORDER RE FINAL REPORT AND RECOMMENDATION

Defendant L.C. Shelton Johnson-Whitlow pled guilty to count 1 of the First Superseding Indictment charging Conspiracy to Distribute a Controlled Substance before Chief U.S. Magistrate Judge Deborah M. Smith on April 22, 2021. He also admitted the criminal forfeiture allegation[1]. The plea and admission were accepted by this Court on May 10, 2021.[2]

On May 19, 2021, Defendant Johnson-Whitlow was indicted in the Second Superseding Indictment for the identical charge, Conspiracy to Distribute a Controlled Substance.[3] At the arraignment May 25, 2021, the government moved

---

[1] *See* Docket 69.

[2] *See* Docket 155.

[3] *See* Docket 164.

to dismiss count 1 and criminal forfeiture allegation 1 in the Second Superseding Indictment against Mr. Johnson-Whitlow only.

At Docket 183, Judge Smith issued a Report and Recommendation, in which she recommended that count 1 and criminal forfeiture allegation 1 in the Second Superseding Indictment be dismissed against defendant, L.C. Shelton Johnson-Whitlow. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[4] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[5] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28 U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[6]

Accordingly, the Court adopts the Report and Recommendation, and IT IS ORDERED that the motion to dismiss count 1 and criminal forfeiture allegation 1 of the Second Superseding Indictment as to Johnson-Whitlow is GRANTED.

---

[4] 28 U.S.C. § 636(b)(1).

[5] *Id.*

[6] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:21-cr-00012-SLG-DSM-2, *USA v. Johnson-Whitlow*
Order re Final Report and Recommendation
Page 2 of 3

Case 3:21-cr-00012-SLG-DMS   Document 197   Filed 06/08/21   Page 2 of 3

Count 1 and Criminal Allegation 1 are DISMISSED as to L.C. Shelton Johnson-Whitlow.

DATED this 8th day of June, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00012-SLG-DSM-2, *USA v. Johnson-Whitlow*
Order re Final Report and Recommendation
Page 3 of 3
Case 3:21-cr-00012-SLG-DMS   Document 197   Filed 06/08/21   Page 3 of 3